UNITED STATES BANKRUPTCY COURT

DISTRICT of NEW JERSEY

In re:                                    )    Case No. 16-17994 VFP
                                          )
Debtor(s)  Keith J. Cooper                )    Chapter 13

ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On ____4/12/2022_____ , an application was filed for the Claimant(s), _Pamela Ellis, Owner of Potomac Recovery, LLC assignee to Keith J. Cooper___, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $___1,047.00_____ held in unclaimed funds be made payable to _Potomac Recovery, LLC_____ and be disbursed to the payee at the following address: _3360 Post Office Road, #1952 Woodbridge, VA 22195_____.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.