UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

Caption in Compliance with D.N.J. LBR 9004-1(b)

2022 APR 14  P 1:48

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

Case No.: _____16-17994-VFP_____

Chapter: _____13_____

In Re:

Keith J. Cooper

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____Pamela Ellis_____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents

   _____ in this matter.

   ☒ am the ____Successor claimant____ in this case and am representing myself.

2. On _____4/12/2022_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: ___4/12/2022_____

_____Pamela Ellis_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Attorney District of New Jersey Peter Rodino Federal Building 970 Broad Street, Suite 700 Newark, New Jersey 07102 | United States Attorney District of New Jersey | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |